IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN L. JOHNSON, JR.,

    Petitioner,

v.                                                    Civil Action No. **3:15CV237**

**ROBERT McCABE,**

    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on April 24, 2015, the Court conditionally docketed Petitioner's action. On August 27, 2015, United States Postal Service returned an August 18, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Time Served." (ECF No. 7, at 1.) Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
James R. Spencer
Senior U. S. District Judge

Date: 9-17-15
Richmond, Virginia